RD 3/13 I.H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORY SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.G. WENTWORTH COMPANY,<br><br>Defendant. | Civil Action No.: 20-cv-00827-CBA-SJB |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cory Simpson hereby dismisses without prejudice all claims against Defendant The J.G. Wentworth Company.

Dated: March 4, 2020

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin*
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

Eugene Y. Turin*
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604

Telephone: (312) 893-70002
eturin@mcgpc.com

* *Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff*

So Ordered

s/ Carol Bagley Amon

3/12/20